IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WALTER L. JONES, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>WARDEN, )<br>    Respondent. ) | Civil Action No. 7:15cv00389<br><br>By: Elizabeth K. Dillon<br>United States District Judge |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondent's motion to dismiss (Dkt. No. 11) is GRANTED, Jones' 28 U.S.C. § 2254 petition is DISMISSED without prejudice, and this action is STRICKEN from the active docket of the court.

Further, finding that Jones has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to all counsel of record and to Mr. Jones, petitioner.

Entered: August 4, 2016.

*Elizabeth K. Dillon*
United States District Judge